# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, DAVID C. | U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 09/09/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III SENIOR STATUS | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

POST OFFICE BOX 928
NATCHEZ, MS 39121

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. | MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. | BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 09/09/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Bank | Real Estate Loan | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | A | Dividend | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | Dividend | J | T | | | | | |
| 7. CSX | B | Dividend | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | Dividend | J | T | | | | | |
| 9. Highland Corp. | C | Dividend | J | T | | | | | |
| 10. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 11. First Colony Life | B | Dividend | K | T | | | | | |
| 12. Penn Mutual | A | Dividend | M | T | | | | | |
| 13. New York Life | A | Dividend | L | T | | | | | |
| 14. Charles Schwab Investment Account: | | | | | | | | | |
| 15. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 16. -Cash and Equivalents: | | | | | | | | | |
| 17. -CMA Money Fund | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 19. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 20. - Mutual Funds | | | | | | | | | |
| 21. TS&W Equity Portfolio | A | Dividend | L | T | | | | | |
| 22. Transamerica TS&W | A | Dividend | J | T | | | | | |
| 23. -Municipal Bonds | | | | | | | | | |
| 24. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 25. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 26. Oxford MS Sch Dist 4% Due 4/1/21 | A | Interest | K | T | | | | | |
| 27. Desoto Cnty. Miss. 3.75%23 GO UTY Due 11/1/23 | A | Interest | K | T | | | | | |
| 28. Lauderdale Cnty MIS 2%19 | A | Interest | K | T | | | | | |
| 29. MS ST 5%22 GO Due 11/1/22 | A | Interest | K | T | | | | | |
| 30. SM EDL BLDG CORP 3%18 Due 3/1/18 | A | Interest | K | T | | | | | |
| 31. Miss ST UNIV 3.22% EDUC IMPT Due 8/1/22 | A | Interest | K | T | Buy | 05/05/14 | | | |
| 32. City of Vicksburg 3.18% DB UTX 9/1/18 | A | Interest | K | T | Buy | 07/07/14 | | | |
| 33. West Rankin Miss UT 3.20% UTIL Due 12/1/20 | A | Interest | K | T | Buy | 11/11/14 | | | |
| 34. Entergy ARKAN | A | Dividend | J | T | Buy | 01/01/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PROPERTY #1 | | | | | | | | | |
| 36. 1/4 int. in 2050 ac., Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |
| 37. PROPERTY #2: | | | | | | | | | |
| 38. 1/20 int. Adams Co., MS 8/86 - $23,000 | A | Distribution | K | R | | | | | |
| 39. Addt'l. 1/7 x1/18th int. in Adams Co. MS 10/22/13 - $31,452, 14 | A | Distribution | K | R | | | | | |
| 40. PROPERTY #3: | | | | | | | | | |
| 41. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 42. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 43. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 44. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 45. PROPERTY #4: | | | | | | | | | |
| 46. Wilkinson County, MS - 10/87 - $60,000 | | None | M | R | | | | | |
| 47. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 48. -Additional int. Wilkinson County, MS - $36,666.66 | | None | K | R | | | | | |
| 49. PROPERTY #5: | | | | | | | | | |
| 50. Wilkinson County, MS - 1976 - $65,000 | B | Rent | L | R | | | | | |
| 51. PROPERTY #6: | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 53. PROPERTY #7: | | | | | | | | | |
| 54. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |
| 55. PROPERTY #8: | | | | | | | | | |
| 56. Commericial Row Woodville, MS - 1984 - $12,000 | | None | J | R | | | | | |
| 57. PROPERTY #9: | | | | | | | | | |
| 58. Partnership int. Valley Farms, MS - 1980 - $200,000 | E | Distribution | M | R | | | | | |
| 59. PROPERTY #10: | | | | | | | | | |
| 60. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 61. | D | Royalty | J | W | | | | | Sanchez Oil Co. |
| 62. PROPERTY #11: | | | | | | | | | |
| 63. 1/4 int. Wilkinson County, MS - 1984 - $18,000 - Mineral Lease | | None | K | R | | | | | |
| 64. PROPERTY #12: | | | | | | | | | |
| 65. 25 acres Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 66. PROPERTY #13: | | | | | | | | | |
| 67. Noxubee Co., MS - 1983 - $30,000 | B | Distribution | M | R | | | | | |
| 68. PROPERTY #14: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 287 acres, Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 70. PROPERTY #15: | | | | | | | | | |
| 71. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 72. PROPERTY #16: | | | | | | | | | |
| 73. 3/6th int. Concordia Parish, LA - 2/92 - $35,000 | C | Rent | O | R | | | | | |
| 74. PROPERTY #17: | | | | | | | | | |
| 75. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 76. -Additional int. Wilkinson County, MS - | C | Distribution | N | R | | | | | |
| 77. OG&M #1: | | | | | | | | | |
| 78. Non-producing OG&M in following counties: | | | | | | | | | |
| 79. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 80. -Pickens County, AL | A | Royalty | J | W | | | | | |
| 81. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 82. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 83. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 84. -Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 85. | A | Royalty | J | W | | | | | Robert Smith |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | E | Royalty | J | W | | | | | Halcon Oil |
| 87. | E | Royalty | J | W | | | | | Goodrich Petroleum |
| 88. | D | Royalty | J | W | | | | | Goodrich Petroleum |
| 89. | E | Royalty | J | W | | | | | Halcon Oil |
| 90. | C | Royalty | J | W | | | | | Caddo Oil |
| 91. | D | Royalty | J | W | | | | | Goodrich Petroleum |
| 92. | E | Royalty | J | W | | | | | Goodrich Petroleum |
| 93. | B | Royalty | J | W | | | | | Caddo Oil |
| 94. | C | Royalty | J | W | | | | | Capital Energy |
| 95. OG&M #2: | | | | | | | | | |
| 96. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 97. OG&M #3: | | | | | | | | | |
| 98. Producing minerals Jefferson County, MS Anderson Oil Co. | A | Royalty | J | W | | | | | |
| 99. OG&M #4: | | | | | | | | | |
| 100. Producing minerals Wilkinson County, MS - Plains Marketing | D | Royalty | J | W | | | | | |
| 101. OG&M #5: | | | | | | | | | |
| 102. Producing minerals Wilkinson County, MS Ergon | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. OG&M #6: | | | | | | | | | |
| 104. Producing minerals Amite Co., MS - J.P. Oil and Gungull Expl | A | Royalty | J | W | | | | | |
| 105. OG&M #7: | | | | | | | | | |
| 106. Producing minerals Wilkinson County, MS Prairie Prod. Co. | A | Royalty | J | W | | | | | |
| 107. OG&M #8: | | | | | | | | | |
| 108. Producing minerals ANCOA-Parker 1-3 & SCBR1 | A | Royalty | J | W | | | | | |
| 109. OG&M #9: | | | | | | | | | |
| 110. Producing minerals Wilkinson County, MS Hood-Goldsberry | A | Royalty | J | W | | | | | |
| 111. OG&M #10: | | | | | | | | | |
| 112. Producing minerals Wilkinson Co., MS - Pacific-Enterprises | A | Royalty | J | W | | | | | |
| 113. OG&M #11: | | | | | | | | | |
| 114. Ogden Unit Wells 2, 3 & 4 | A | Royalty | K | W | | | | | |
| 115. OG&M #12: | | | | | | | | | |
| 116. Freedom Field Wilkinson County, MS Threshold | B | Royalty | J | W | | | | | |
| 117. OG&M #13: | | | | | | | | | |
| 118. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 119. PROPERTY #18: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Undivided 30 net acres int. in Wilkinson County, MS | | None | J | W | | | | | |
| 121. OG&M #14: | | | | | | | | | |
| 122. Producing minerals Oxy-Well, Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 123. PROPERTY #19: | | | | | | | | | |
| 124. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | D | Rent | K | R | | | | | |
| 125. PROPERTY #20: | | | | | | | | | |
| 126. 3,171.31 acres in Wilkinson County, MS - 9/94 - $1,600,00 | E | Rent | P1 | R | | | | | |
| 127. PROPERTY #21: | | | | | | | | | |
| 128. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 129. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 130. U. S. Govt. bonds | | None | K | T | | | | | |
| 131. 50% int. in Geoghegan Properties, Inc. LP | D | Dividend | P1 | T | | | | | |
| 132. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 133. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 134. Interest in Hard Times, Inc. | E | Distribution | M | T | | | | | |
| 135. PROPERTY #22: | | | | | | | | | |
| 136. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | E | None | M | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PROPERTY #23: | | | | | | | | | |
| 138. 360 acres Wilkinson County, MS - 11/98 and 3/01 - $300,000 | | None | N | R | | | | | |
| 139. | E | Royalty | | | | | | | See Expl. Art. VIII |
| 140. Regions Bank money market account | A | Dividend | K | T | | | | | |
| 141. PROPERTY #24: | | | | | | | | | |
| 142. 1/4 int. in 70 acres, Adams County, MS - 1970 - $5,000 | A | Rent | J | R | | | | | |
| 143. PROPERTY #25: | | | | | | | | | |
| 144. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 145. Edward Jones Cash and Money Market account | A | Dividend | K | T | | | | | |
| 146. PROPERTY #26: | | | | | | | | | |
| 147. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 148. PROPERTY #27: | | | | | | | | | |
| 149. 67 acres in Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 150. PROPERTY #28: | | | | | | | | | |
| 151. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 152. PROPERTY #29: | | | | | | | | | |
| 153. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Addt'l 1/10th int. Wilkinson County, MS | | None | K | R | | | | | |
| 155. PROPERTY #30: | | | | | | | | | |
| 156. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 157. National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 158. Britton & Koontz Bank CD | A | Interest | L | T | | | | | |
| 159. United MS Bank CD | A | Interest | L | T | | | | | |
| 160. OG&M #16: | | | | | | | | | |
| 161. Producing minerals Alex Ventress - Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 162. PROPERTY #31: | | | | | | | | | |
| 163. 1/3 int. in 551 acres Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |
| 164. Exxon Mobil | B | Dividend | K | T | | | | | |
| 165. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 166. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 167. New Investment Acct. Stocks and Funds | | | | | | | | | |
| 168. Chevron | A | Dividend | K | T | | | | | |
| 169. Ford Motor Co. | A | Dividend | | | Sold | 10/06/14 | J | | |
| 170. -Ready Assets Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 172. CSX Corp. | A | Dividend | J | T | | | | | |
| 173. | | | | | | | | | |
| 174. Boeing Co. | A | Dividend | J | T | | | | | |
| 175. Honeywell Intl.Inc. | A | Dividend | J | T | | | | | |
| 176. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 177. U.S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 178. Eaton Corp PLC | A | Dividend | J | T | | | | | |
| 179. OCH-ZIFF CAPTL MANGMT GR | A | Dividend | J | T | | | | | |
| 180. Caterpillar Inc DEL | A | Dividend | J | T | | | | | |
| 181. Macrogenics, Inc. | A | Dividend | J | T | Buy | 02/24/14 | J | | |
| 182. | | | | | Sold | 10/06/14 | J | | |
| 183. Halcon Resources Corp. | A | Dividend | J | T | Buy | 04/21/14 | J | | |
| 184. Encana Corp. | A | Dividend | J | T | Buy | 06/20/14 | J | | |
| 185. | | | | | Sold | 07/07/14 | J | | |
| 186. PROPERTY #32: | | | | | | | | | |
| 187. Interest in house Woodville, MS - 2010 - $14,600 | | None | J | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PROPERTY #33: | | | | | | | | | |
| 189. 1/3 int. 800 acres in Phillips County, AK 12/5/07 - $300,000 | | None | N | R | | | | | |
| 190. OG&M #17: | | | | | | | | | |
| 191. Mineral production Peabody well Concordia, LA | F | Royalty | N | W | | | | | |
| 192. Britton & Koontz Bank CD | A | Interest | M | T | | | | | |
| 193. United MS Bank CD | A | Interest | L | T | | | | | |
| 194. PROPERTY #34: | | | | | | | | | |
| 195. 22% in 1700 acres, Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | | | | | |
| 196. OG&M #18: | | | | | | | | | |
| 197. Minerals Wilkinson, Jefferson County,MS Concordia Parish, LA | A | Royalty | K | W | | | | | |
| 198. PROPERTY #35 | | | | | | | | | |
| 199. 1/3 int in Partnership in Wilkinson County MS -2/13/10 $746.053 | | None | L | R | | | | | |
| 200. OG&M #19: | | | | | | | | | |
| 201. 1/3 mineral interest in partnerhip Fort Adams, MS | | None | J | W | | | | | |
| 202. New Retirement Account: | | | | | | | | | |
| 203. Ford Motor Co. | A | Dividend | J | T | Sold | 10/06/14 | J | | |
| 204. Corporate Bonds: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Royal Bk Scotlnd GRP LLC | A | Dividend | J | T | | | | | |
| 206.  Mutual Bonds: | | | | | | | | | |
| 207.  -American Washington Mutual | A | Interest | K | T | | | | | Explanation in Art. VIII |
| 208.  -Transamerica Asset | A | Interest | K | T | Buy | 08/15/14 | | | |
| 209.  PROPERTY #36 | | | | | | | | | |
| 210.  House and lot in Natchez, Adams Co., MS 6/21/06-$175,000 | | None | M | R | | | | | |
| 211.  OG&M #20:: | | | | | | | | | |
| 212.  1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | |
| 213.  Investment Account #1 Britton & Koontz Bank | B | Interest | M | T | | | | | |
| 214.  Investment Account #2 United MS Bank | B | Interest | M | T | | | | | |
| 215.  OG&M #21: | | | | | | | | | |
| 216.  Mineral interest on Property #1 | D | Royalty | J | W | | | | | |
| 217.  PROPERTY #37: | | | | | | | | | |
| 218.  Inherited 1/3 int. in property in Wilkinson County, MS - | | | | | | | | | |
| 219.  2008 - $106,000 | E | Royalty | K | W | | | | | |
| 220. | E | Royalty | J | W | | | | | Encanna Oil |
| 221. | D | Royalty | J | W | | | | | Halcon Oil |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | D | Royalty | J | W | | | | | Halcon Oil |
| 223. | F | Royalty | J | W | | | | | Sanchez Oil Co |
| 224. | D | Royalty | J | W | | | | | Halcon Oil |
| 225. | C | Royalty | J | W | | | | | Halcon Oil |
| 226. | C | Royalty | J | W | | | | | Halcon Oil |
| 227. PROPERTY #38: | | | | | | | | | |
| 228. 1/3 int. Wilkinson County, Secs 5 & 13, Wilkinson County, MS | | None | N | R | Buy | 03/25/14 | N | | Henry Ford Family |
| 229. $284, 892 | | | | | Sold (part) | 06/14/14 | N | | Goodhope Timber |
| 230. | | | | | Sold | 07/14/14 | N | | Ft/ Adams Timber |
| 231. | | | | | | | | | Investtments LLC |
| 232. LaMarque Plantation, Concordia Parish, LA | | | | | Sold | 01/13/14 | J | | See Exp. in Article VIII |
| 233. 1/2 int. in one acre lot in S39,T2N,R2W, Wilkinson County, MS | D | Rent | J | R | | | | | See Exp. in Article VIII |
| 234. PROPERTY #39 | | | | | | | | | |
| 235. 10 acres in S22,T3N R4W Wilkinson (X) County, MS | | | | | Sold | 12/30/14 | J | | Loch Leven, LLC |
| 236. Real Estate Investment Trust: | | | | | | | | | |
| 237. -American Realty Capital Global Trust | A | Dividend | K | T | Buy | 06/02/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 206: American Washington Mutual was purchased 12/31/13 and was inadvertently omitted on 2013 FDR.

Line 228: The purchase and sale of this property should have been listed as an additional purchase and sale of the partnership on Line 197 of FDR 2014 and has been added to reflect the same.

Line 231: LaMarque Plantation, was acquired in 1982 and was a fee owed to the Adams Law Firm, of which David Bramlette was a member. This property was sold to Triple A Land, LLC, on 1/13/14, and David Bramlette's portion was paid to him in January of 2014.

Line 232: This property is the residence property of Judge Bramlette. One acre of this home property was rented to a third party, Halcon Oil Company

Line 234, Property #39: Jim Lee Island property was purchased in 1987 and has been inadvertently omitted from this report, and has now been sold.

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/09/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID C. BRAMLETTE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544